JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, a Georgia corporation, dba Balboa Capital Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>WEBB FAMILY MEDICAL CLINIC, PLLC, a professional limited liability company; EDWARD LARWOOD NERREN III aka EDWARD NERREN, an individual; KIMBERLY LEIGH WEBB aka KIMBERLY WEBB, an individual,<br><br>   Defendants. | Case No. 8:24-cv-00610-FWS-DFM<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

1

# **JUDGMENT**

On September 19, 2024, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") motion for default judgment against Defendant Webb Family Medical Clinic, PLLC, Defendant Edward Larwood Nerren, III, and Defendant Kimberly Leigh Webb (together, "Defendants").  (Dkt. 21).  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in this matter in favor of Ameris Bank and against Defendants, jointly and severally, in the total amount of **$128,090.31**, which represents the sum of $109,935.63 in compensatory damages; $9,186.40 in prejudgment interest; $5,798.71 in attorney fees; and $3,169.57 in costs.

The Clerk is ordered to enter this Judgment forthwith.

Dated:  September 19, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2